**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants. | Case No.: C-11-04886-YGR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On January 24, 2012, Defendant Sonoma County filed a Motion to Dismiss Complaint for Damages (42 U.S.C. § 1983). Dkt. No. 13. On February 1, 2012, Plaintiff filed a Request for Dismissal of County Defendants and [Proposed] Order as to all claims asserted against Sonoma County and any of its employees or agencies that have or may have been sued as Doe Defendants in this action. Dkt. No. 17. Plaintiff further requested that the dismissal be made with prejudice. The Court hereby GRANTS Plaintiff's Request and DISMISSES Defendant Sonoma County WITH PREJUDICE. The hearing on Defendant Sonoma County's Motion to Dismiss, scheduled for February 28, 2012, is VACATED.

As to remaining parties, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, an Initial Case Management Conference shall be held in this case on Monday, March 19, 2012, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.

The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: February 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**