IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PORTER,

    Plaintiff,

v.

CITY OF SANTA ROSA ET AL,

    Defendants.

No. 11-04886 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On November 27, 2012, Defendants' counsel filed a request to appear telephonically at the hearing on the Order to Show Cause set for December 11, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: November 28, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge