IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PORTER,  No. C -11-04886 EDL

    Plaintiff, **ORDER DISMISSING CASE**

  v.

CITY OF SANTA ROSA ET AL,

    Defendant.

    On November 14, 2012, the Court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute in which the Court ordered Plaintiff to file a written response no later than December 3, 2012. The Order to Show Cause stated that if a written response was not filed by December 3, 2012, the Court would dismiss this case with prejudice. Plaintiff failed to file a response to the Order to Show Cause by the deadline. Therefore, this case is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: December 5, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge